THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LA COCINA DE OAXACA LLC,
individually and on behalf of all others
similarly situated,

              Plaintiff,

   v.

TRI-STATE INSURANCE COMPANY OF
MINNESOTA,

              Defendant.

No.: 2:20-cv-01176-BJR

SECOND STIPULATION AND ORDER
TO EXTEND DEFENDANT'S DEADLINE
TO ANSWER PLAINTIFF'S COMPLAINT

    Plaintiff La Cocina de Oaxaca LLC and Defendant Tri-State Insurance Company of Minnesota (collectively, the "Parties"), by and through their counsel, have conferred and hereby submit, pursuant to LCR 10(g), this stipulated motion and proposed order to extend Defendant's deadline to file an Answer or otherwise respond to Plaintiff's Complaint to Friday, October 30, 2020.

/ / /

/ / /

SECOND STIPULATED MOTION AND ORDER TO EXTEND
DEADLINE FOR DEFENDANT'S ANSWER
NO.: 2:20-CV-01176-BJR

PAGE 1

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

IT IS SO STIPULATED.

DATED:    September 25, 2020                    DATED:    September 25, 2020

*s/ Amy Williams-Derry*                         *s/ John A. Bennett*
Amy Williams-Derry, WSBA #28711                John A. Bennett, WSBA #33214
Keller Rohrback L.L.P.                          Bullivant Houser Bailey, PC
1201 Third Avenue, Suite 3200                   925 Fourth Avenue, Suite 3800
Seattle, Washington  98101                      Seattle, Washington  98104
Tel.: 206-623-1900                              Tel.: 503-228-6351
E-mail:  awilliams-derry@kellerrohrback.com     E-mail:  john.bennett@bullivant.com

*Attorneys for Plaintiff*                       *Attorneys for Defendant*

## ORDER

The Court GRANTS the Parties' Second Stipulation and Order to Extend Defendant's

Deadline to Answer Plaintiff's Complaint.  Defendant will file its Answer or response no

later than October 30, 2020.

**IT IS SO ORDERED.**

Dated this 25th day of September, 2020.


_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE