THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LA COCINA DE OAXACA LLC, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRI-STATE INSURANCE COMPANY OF MINNESOTA,<br><br>Defendant. | No.: 2:20-cv-01176-BJR<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR INITIAL DISCLOSURES AND JOINT STATUS REPORT |

Pursuant to LCR 10(g), the parties to the above-captioned matter hereby submit this stipulated motion and proposed order to extend the deadline for the Initial Disclosures and Joint Status Report to ten days following the decision on the motion to consolidate (Dkt. #20) or the Court's ruling, following its conference with the parties as requested by its September 29, 2020 "First Scheduling Order" (Dkt. # 21), whichever is sooner, unless the Court's ruling provides for a different schedule.

/ / /

/ / /

STIPULATION AND ORDER TO EXTEND TIME FOR INITIAL DISCLOSURES AND JOINT STATUS REPORT
NO.: 2:20-CV-01176-BJR

PAGE 1

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

IT IS SO STIPULATED.

| | |
|---|---|
| DATED:   October 7, 2020 | DATED:   October 7, 2020 |
| s/Amy Williams-Derry (with permission) | s/John A. Bennett |
| Amy Williams-Derry, WSBA #28711 | John A. Bennett, WSBA #33214 |
| Keller Rohrback L.L.P. | Bullivant Houser Bailey, PC |
| 1201 Third Avenue, Ste. 3200 | 925 Fourth Avenue, Suite 3800 |
| Seattle, Washington  98101 | Seattle, Washington  98104 |
| Tel.: 206-623-1900 | Tel.: 503-228-6351 |
| E-mail: awilliams-derry@kellerrohrback.com | E-mail: john.bennett@bullivant.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

### ORDER

The Court GRANTS the parties' Stipulation and Order to Extend Time for Initial Disclosures and Joint Status Report to ten (10) days following the earlier of the decision on the motion to consolidate (Dkt. #20) or the Court's order following its conference with the parties as requested by its September 29, 2020 "First Scheduling Order" (Dkt. # 21), unless otherwise directed by the court following the conference with the parties.

**IT IS SO ORDERED.**

Dated this 8th day of October, 2020.

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO EXTEND TIME FOR INITIAL DISCLOSURES AND JOINT STATUS REPORT
NO.: 2:20-CV-01176-BJR

PAGE 2

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930