# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LA COCINA DE OAXACA LLC,<br><br>            Plaintiff,<br>      v.<br><br>TRI-STATE INSURANCE COMPANY OF MINNESOTA,<br><br>            Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. 2:20-cv-01176-BJR |

____    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  X     **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

By Order of the Court, Tri-State's Motion to Dismiss the Complaint, Dkt. No. 45, is GRANTED.  This matter is DISMISSED with Prejudice.

DATED this 28th day of May 2021.

                                                                WILLIAM M. MCCOOL
                                                                Clerk of Court

                                                                 /s/Michael Williams
                                                                Deputy Clerk